**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 11** |
| **TUMBLEWEED, INC., et al.** ) | |
| ) | **CASE NO. 09-31525** |
| **Debtors** ) | |
| ) | **Jointly Administered** |

**DEBTORS' NOTICE OF NON-MATERIAL MODIFICATIONS
TO PLAN OF REORGANIZATION**

\* \* \* \* \*

Tumbleweed, Inc. ("Tumbleweed") and Custom Food Solutions, LLC ("CFS"), collectively referred to herein as "Debtors," hereby submit notice of their non-material modifications to the Plan of Reorganization submitted on October 27, 2009 ("Plan"), pursuant to 11 U.S.C. § 1127 and BR 3019.

**OVERVIEW OF MODIFICATION**

The Plan, as originally submitted, contemplated the conveyance of assets of both Debtors to an "Acquiring Company," Tumbleweed, LLC, and the merger of TWIN Management, LLC with the Acquiring Company. Further, following conveyance of Tumbleweed's real estate to GE Capital Franchise Finance Corporation ("GEFF"), GEFF was to lease-back certain properties to the Acquiring Company, and the Acquiring Company was to be the obligor on the GEFF "consolidation loan." Fifth Third Bank was to provide the Acquiring Company with three (3) loans; to-wit: a working capital loan of $500,000.00; a real estate loan for $2,320,000.00 and a term loan in the sum of $460,000.00.

The modifications to the Plan provide that there will no longer be an "Acquiring Company." Instead, TW-Indiana, LLC ("TWIN"),[1] a Kentucky limited liability company, will become, in exchange for its guaranty of Tumbleweed's post-confirmation obligations to GEFF, the sole shareholder of Tumbleweed, Inc.

CFS will continue to own and operate the commissary facility as a separate and distinct corporate entity. Post-confirmation, Tumbleweed will become the sole member of CFS in exchange for its co-making of the post-confirmation Fifth Third Bank loans to CFS. Tumbleweed will continue operating, and will be the lessee on the GEFF Sale-Leaseback properties, as well as the obligor on the consolidation loan.

There will no longer be a "working capital loan" with Fifth Third Bank, only a real estate loan and an equipment loan (See *Amended* Exhibit P-2).

Attached hereto as Exhibit "A" is a "red-lined" version of the Debtor's original Plan, indicating the modifications thereto.

TUMBLEWEED, INC. &
CUSTOM FOOD SOLUTIONS, LLC
DEBTORS AND DEBTORS IN POSSESSION


By:/s/ Matthew Higgins
    Matthew Higgins
    President and Chief Executive Officer
    Tumbleweed, Inc.

---

[1] TWIN currently operates eleven (11) Tumbleweed restaurants in Kentucky and Indiana. Its members are: Matthew Higgins, Michael Higgins and David Roth and his affiliates.

<u>David M. Cantor</u>
DAVID M. CANTOR
TYLER R. YEAGER
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: yeager@derbycitylaw.com
ATTORNEYS FOR TUMBLEWEED, INC. & CUSTOM FOOD SOLUTIONS, LLC

G:\doc\DMC\Tumbleweed\Chapter 11\Pleadings\Non-Material Mods to Plan.wpd

## **CERTIFICATE OF SERVICE**

It is hereby certified that on December 21, 2009, a true and correct copy of the foregoing Debtors' Notice of Non-Material Modifications to Plan of Reorganization was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

<u>David M. Cantor</u>
DAVID M. CANTOR

G:\doc\DMC\Tumbleweed\Chapter 11\Pleadings\Non-Material Mods to Plan.wpd