Effective as of October 20, 2009

VIA E-MAIL

Tumbleweed, Inc.
2301 River Road
Louisville, KY 40206
Attention: Buddy Mattingly

   Re: Amendment to Letter of Intent dated as of October 20, 2009 (the "Letter of Intent") for Restructuring of the Loans Described on Exhibit A attached hereto (collectively the *"Loans")* by and between GE Capital Franchise Finance Corporation *("**GEFF**'')* and Tumbleweed, Inc. *("**Tumbleweed**").* All capitalized terms set forth herein shall have the meaning ascribed to such terms in the Letter of Intent unless otherwise defined herein.

Dear Sir:

  GEFF and Tumbleweed previously executed the Letter of Intent. In connection with the efforts of GEFF and Tumbleweed to draft and execute the definitive written agreement and ancillary documents and prepare for closing of the Restructure pursuant to the Debtor's Plan of Reorganization Submitted October 27, 2009 (the "Plan"), GEFF and Tumbleweed have agreed to supplement the Letter of Intent and make non-material amendments to the Letter of Intent.

  It remains the agreement of GEFF and Tumbleweed that the Restructure will be consummated and effectuated prior to December 31, 2009 pursuant to the Letter of Intent, as supplemented and amended hereby, and the Bankruptcy Court's final Order, agreed to by GEFF and Tumbleweed, confirming the Plan.

  **A.** **Deed in Lieu Properties**.

  Section II(1)(2) of the Letter of Intent expressly provided for the option of including the Dublin Property as a Deed in Lieu Property. GEFF and Tumbleweed hereby expressly agree that the Dublin Property shall be a Deed in Lieu Property.

  The Letter of Intent additionally provided for the Loans to be reduced by the Deed in Lieu Proceeds which GEFF and Tumbleweed agreed represented the fair value of Deed in Lieu Properties, including real property and improvements located at 3780 W. Broad Street, Columbus, Ohio (the "Broad Street Property"). In order that title to the Broad Street Property may be conveyed to GEFF free and clear of liens, claims and encumbrances, GEFF and Tumbleweed hereby agree to temporarily delay the conveyance of the Broad Street Property to GEFF via a Deed in Lieu. The Broad Street Property shall, therefore, become a Deed in Lieu Property at such time as Tumbleweed becomes able to convey such property to GEFF free and clear of liens, claims and encumbrances.

  **B.** **Consolidated Loan.**

  As provided in Section II(3) of the Letter of Intent, upon the inclusion of the Dublin Property as a Deed in Lieu Property, the amount of the Consolidated Loan became $2,698,000.

  Consistent with the agreement of GEFF and Tumbleweed to temporarily delay the conveyance of the Broad Street Property to GEFF via a Deed in Lieu, GEFF and Tumbleweed hereby agree that (i) the amount of the Consolidated Loan at closing shall be $3,058,000; and (ii) at such time as the Broad Street Property is conveyed to GEFF free and clear of all liens, claims and encumbrances, other than Permitted Encumbrances, the then existing balance of the Consolidated Loan shall be reduced by $360,000. To secure the obligations owing to GEFF from Tumbleweed, GEFF shall retain its existing mortgage liens and security interests upon the Broad Street Property pending the Broad Street Property being conveyed to GEFF free and clear of liens, claims and encumbrances, other than Permitted Encumbrances, via a Deed in Lieu.

  **C.** **The Letter of Intent as Supplemented and Modified.**

  GEFF and Tumbleweed agree the terms and conditions of the Letter of Intent shall remain in full force as

supplemented and modified, in non-material terms, by the foregoing provisions.

       Please confirm Borrower's agreement with the terms and conditions of this supplement and modification of the Letter of Intent by signing this Letter below and delivering a copy of the signed Letter to the undersigned.

Sincerely,

**GE CAPITAL FRANCHISE FINANCE CORPORATION,** a Delaware corporation

By: _____
Printed Name: _____
Its: Authorized Signatory

Accepted and agreed,
by:

**TUMBLEWEED, INC.,** a Delaware corporation

By: _____
Printed Name: _____
Its: _____