UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TUMBLEWEED, INC., et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | CASE NO. 09-31525 |
| | ) | **Jointly Administered** |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE
✷✷✷   ✷✷✷   ✷✷✷

Come the Debtors, Tumbleweed, Inc. and Custom Food Solutions, LLC, and pursuant to section II, paragraph 28 of the December 23, 2009 Order Confirming the Debtors' Joint Plan of Reorganization [Document No. 278], hereby give notice that on or about March 2, 2010, all conditions to the Effective Date, as set forth in Article IX.B of the Debtors' Plan of Reorganization Submitted October 27, 2009, as Modified December 21, 2009, had occurred and the Plan has now been consummated.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

It is hereby certified that on March 23, 2010, a true and correct copy of the foregoing Notice of Occurrence of Effective Date was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons entitled to be served pursuant to Bankruptcy Rule 2002 and 3020(c).

/s/ David M. Cantor
DAVID M. CANTOR

G:\doc\DMC\Tumbleweed\Chapter 11\Pleadings\Notice Effective Date.wpd